IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
GUILLERMO A. HANDAL and       )
DR. NELSON M. HANDAL, M.D.,   )
                              )
    Plaintiffs,               )
                              )       CIVIL ACTION NO.
    v.                        )         1:12cv406-MHT
                              )            (WO)
ONEWEST BANK, FSB; et al.,    )
                              )
    Defendants.               )
```

JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 49), it is the ORDER, JUDGMENT, and DECREE of the court that all claims and counterclaims in this case are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 15th day of August, 2013.

                           /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**